UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARIKA PRINCE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 2:16-cv-00563 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

## **STIPULATION**

COMES NOW the parties hereto, Plaintiff Arika Prince, by and through her attorneys of record, George Ahrend and Steven Malek, and Defendant State Farm Mutual Automobile Insurance Company, by and through its attorneys of record, Heather M. Jensen and Laura Hawes Young, and, pursuant to FRCP 41(a)(ii), hereby stipulate that the Court's Order Denying Defendant's Motion for Summary Judgment and Granting in part Plaintiff's Motion for Summary Judgment (ECF No. 36) to be a final judgment on the merits on the issues adjudicated therein. The parties further stipulate that all remaining issues in this action have been settled and that the action shall be dismissed with prejudice and without costs.

///

///

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 1
USDC WD WA CAUSE NO. 2:16-cv-00563 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4850-2425-1208.1

| | |
|---|---|
| Dated this 23rd day of May, 2017 | Dated this 23rd day of May, 2017 |
| AHREND LAW FIRM, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By:*s/ George Ahrend (by permission)*<br>George Ahrend, WSBA # 25160<br>100 E. Broadway Avenue<br>Moses Lake, WA 98837 | By: *s/ Heather M. Jensen*<br><br>By: *s/ Laura Hawes Young*<br><br>Heather M. Jensen, WSBA # 29635<br>Laura Hawes Young, WSBA # 39346<br>1111 Third Avenue, 27th Floor<br>Seattle, WA 98101<br>Attorneys for Defendant |

Dated this 23rd day of May, 2017

CLAUSEN LAW FIRM, PLLC

By: *s/ Steven M. Malek (by permission)*
Steven M. Malek, WSBA # 28942
701 Fifth Avenue, Suite 4400
Seattle, WA 98104

Attorneys for Plaintiff

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 2
USDC WD WA CAUSE NO. 2:16-cv-00563 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4850-2425-1208.1

**ORDER**

Based on the Stipulation of Dismissal With Prejudice and Without Costs by the parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs.

DATED this 24th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 3
USDC WD WA CAUSE NO. 2:16-cv-00563 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4850-2425-1208.1

# DECLARATION OF SERVICE

I hereby certify that on May 23, 2017, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Steven M. Malek<br>Clausen Law Firm, PLLC<br>701 Fifth Avenue, Suite 4400<br>Seattle, WA 98104<br><br>Attorney for Plaintiff |    via U.S. Mail, first class, postage prepaid<br>   via Legal Messenger Hand Delivery<br>   via Facsimile<br>X  via CM/ECF<br>   via E-mail:   smalek@clausenlawfirm.com<br>                     keatonm@clausenlawfirm.com<br>                     lisav@clausenlawfirm.com |
| George M. Ahrend<br>Ahrend Law Firm PLLC<br>100 E. Broadway Ave.<br>Moses Lake, WA 98837<br><br>Attorney for Plaintiff |    via U.S. Mail, first class, postage prepaid<br>   via Legal Messenger Hand Delivery<br>   via Facsimile<br>X  via CM/ECF<br>   via E-mail:   gahrend@ahrendlaw.com<br>                     scanet@ahrendlaw.com |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of May, 2017, at Seattle, Washington.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Colette Saunders*
Colette Saunders, Legal Secretary
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
colette.saunders@lewisbrisbois.com

STIPULATION AND PROPOSED ORDER OF DISMISSAL - 4
USDC WD WA CAUSE NO. 2:16-cv-00563 RSM

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4850-2425-1208.1